In the Matter of the Application of JENNIE T. FARLEY, Appellant, against J. G. WILLIAM GREEFF, Commissioner of the Department of Hospitals of the City of New York, Respondent.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.; Townley, J., dissents and votes to reverse and grant the motion.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the LINCOLN AUTO MUTUAL CASUALTY CORPORATION. CHARLES R. VAN ETTEN, Appellant; MOSES KATCHER, Alleged Lienor, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

MARY R. SMITH, Respondent, v. ASSECURANZ-UNION VON 1865 OF HAMBURG, Defendant. AMANDUS LANGE and EDMUND WEHLER, Trustees in Bankruptcy of the Property of the Above-named Defendant, Appearing Specially, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

CONRAD GASCHOTT, Respondent, v. ASSECURANZ-UNION VON 1865 OF HAMBURG, Defendant. AMANDUS LANGE and EDMUND WEHLER, Trustees in Bankruptcy of the Property of the Above-named Defendant, Appearing Specially, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

NANETTE GUDE BAYNE, Appellant, v. JASPER BAYNE and R. C. SCHINDLER, INC., Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Assignment for the Benefit of Creditors of LOUIS O. ZLOTNICK and Others, Assignors, Appellants, to DAVID GOLDREICH, Assignee, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

THE FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS, Respondent, v. RIVERVIEW APTS., INC., and THE NATIONAL CITY BANK OF NEW YORK, Respondents. ANNIE RABINOWE, Intervenor, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of PHILIP REITER, Respondent, against FIRST POTOK ZLOTY PEACE JUSTICE BROTHER BENEVOLENT SOCIETY, Defendant, Impleaded with BEN MILLSTEIN and MAX BRECHER, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse as to defendant Max Brecher, and deny the motion, upon the ground that it does not appear that said defendant was implicated in any of the acts constituting the alleged contempt.

* Affd., 265 N. Y. —.